# Linklaters

Linklaters LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
douglas.tween@linklaters.com

Honorable Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
Courtroom 1106
40 Centre Street
New York, New York 10007

**By ECF**                                                                                                   October 26, 2021

***United States v. Caban*, Case No. 1:17-cr-00426-LGS:**
**Request for Return of U.S. Passport Following Completion of Probation**

Dear Judge Schofield:

We write on behalf of our client, Defendant Edwin Caban, in the above-referenced matter to respectfully request the return of Mr. Caban's U.S. Passport now that he has successfully completed the term of his probation.

On September 20, 2018, Mr. Caban was sentenced to probation for a term of three (3) years.  *See* ECF No. 57.  In a letter to Mr. Caban dated September 23, 2021, Vincent Danielo, the U.S. Probation Officer overseeing Mr. Caban's term of probation, confirmed that Mr. Caban's probation was completed as of September 19, 2021.  *See* Ex. A.  Mr. Caban's U.S. Passport was surrendered at the beginning of his probation, and the Pretrial Services Office has informed him that he must submit a request in writing to the Court for his Passport to be returned.  Accordingly, we respectfully request on Mr. Caban's behalf the return of his Passport in light of the successful completion of his term of probation.

Thank you for your attention to this matter.

Sincerely,

[signature]

Douglas M. Tween

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 62.

Dated: October 27, 2021
New York, New York

[signature]
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

# EXHIBIT A



September 23, 2021

Edwin Caban
24-15 21st Avenue
Astoria, New York  11105



### COMPLETION OF SUPERVISION TERM

| | |
|---|---|
| DOCKET# | 0208 1:17CR00426 |
| NAME: | EDWIN CABAN |
| PACTS ID: | 5431003 |
| DATE OF BIRTH: | NOVEMBER 4, 1961 |

Dear Edwin Caban,

The purpose of this letter is to confirm that you have commenced a term of probation on September 20, 2018, which was completed effective September 19, 2021. You are hereby discharged from the supervision of this office.

If you have any questions or require further information, please contact the undersigned officer at 631-712-6321.

Very truly yours,

Vincent Danielo
*Digitally signed by Vincent Danielo Date: 2021.09.23 14:28:33 -04'00'*

Vincent Danielo
U.S. Probation Officer

**ROBERT L. CAPERS**
Chief U.S. Probation Officer

**VITA QUARTARA**
Deputy Chief U.S. Probation Officer

**RICHARD L. JAMES**
**MARK GJELAJ**
Assistant Deputy Chief U.S. Probation Officers

REPLY TO:

☐ BROOKLYN   147 Pierrepont Street, Brooklyn, NY 11201-2712
             Tel. No. (347) 534-3400
             Fax No. (347) 534-3509

☐ LONG ISLAND   Alfonse M. D'Amato United States Courthouse
                202 Federal Plaza, 2nd Floor, Central Islip, NY 11722-4425
                Tel. No. (631) 712-6300
                Fax No. (631) 712-6395